**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Alvira Moss                               Case No. 18-07721
                                                Chapter 13
    Debtor,                                Judge: Hon. Donald R Cassling

_____/

**NOTICE OF MOTION OF SECURED CREDITOR FOR RELIEF FROM THE**
**AUTOMATIC STAY**

    Counsel for Rushmore Loan Management Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp. has filed a Motion with the Court for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

    **PLEASE TAKE NOTICE** that the court will hold a hearing on the request for relief from the automatic stay and to waive the provisions of Fed.R.Bankr.P.4001(a)(3).

    This hearing will take place on August 29, 2019 at 9:30 A.M. before the Honorable Donald R Cassling at the Everett McKinley Dirksen United States Courthouse, 219 S Dearborn St, Courtroom 619, Chicago, IL 60604.


Dated: August 16, 2019                                       */s/ Marc G. Wagman*

**AFFIDAVIT OF SERVICE**

    I, Rachelle Magolan, declare under the penalty of perjury that on the 16th day of August 2019, I served a copy of the Notice of Motion and Motion for Relief from Stay, Required Statement to Accompany Motion for Relief, Proposed Order for Relief, and Affidavit of Service upon:

| | | |
|---|---|---|
| Alvira Moss | David M Siegel | Tom Vaughn |
| 6440 S. Vernon Ave | David M. Siegel & Associates | Chapter 13 Trustee |
| 1st Floor | 790 Chaddick Drive | 55 E Monroe |
| Chicago, IL 60637 | Wheeling, IL 60090 | Ste. 3850 |
| | | Chicago, IL 60603 |
| Office of the US Trustee | City of Chicago Water Division | |
| 219 S. Dearborn St | P.O. Box 6330 | |
| Room 873 | Chicago, IL 60680 | |
| Chicago, IL 60604 | | |

    By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to the Debtor and interested parties, and via CM-ECF electronic filing to Debtor's Attorney, the Trustee and the Office of the US Trustee.

                                                               */s/ Rachelle Magolan*
                                                               Rachelle Magolan

## UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Alvira Moss                           Case No. 18-07721
                                                    Chapter 13
            Debtor,                      Judge: Hon. Donald R Cassling

_____/

### MOTION OF RUSHMORE LOAN MANAGEMENT SERVICES, LLC AS SERVICER FOR J.P. MORGAN MORTGAGE ACQUISITION CORP. FOR RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISIONS OF FED.R.BANKR.P.4001(A)(3) AS TO THE REAL PROPERTY LOCATED AT 6440 SOUTH VERNON AVENUE, CHICAGO, IL 60637

Rushmore Loan Management Services, LLC as servicer for J.P. Morgan Mortgage Acquisition Corp. moves this court under 11 U.S.C. §§§§ 361, 362, 363, 554 and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under Rules 4001, 6007 and other rules of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an Order conditioning, modifying or terminating the automatic stay imposed by 11 U.S.C § 362 of the Bankruptcy Code, and for a waiver of the provisions of Fed. R. Bankr.P.4001(a)(3). In support of this Motion, the Movant states:

    1.        The Debtor filed for chapter 13 bankruptcy relief on March 16, 2018.

    2.        The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion are proper under 28 U.S.C. §§ 1408 and 1409.

    3.        On August 5, 2004, the Debtor listed above obtained a loan from People's Choice Home Loan, Inc., in the amount of $243,000.00. Such loan was evidenced by a promissory note dated August 5, 2004 (the "Note"). Debtor executed a Mortgage dated August 5, 2004 (the "Security Agreement"), conveying to Mortgage Electronic Registration Systems, Inc. as nominee for People's Choice Home Loan, Inc., a lien on real and/or personal property (the "Collateral") owned by the Debtor, located at 6440 South Vernon Avenue, Chicago, IL 60637. The lien is the first lien on the collateral.

    4.        The Note and Security Agreement were transferred as follows: (a) on April 19, 2018 to J.P. Morgan Mortgage Acquisition Corp. The transfer is evidenced by an Assignment of Mortgage.

5. The estimated market value of the Collateral is $169,000.00. This valuation was obtained from Schedule "D" provided by the debtor. The current outstanding principal balance due on the Note is $290,635.46, plus interest accruing at the rate of 5.00000% per annum [$39.81 per day]. This amount may not include accrued interest, fees, late charges, escrow shortages or corporate advances.

6. Upon reasonable investigation, the City of Chicago Water Division is known to have an interest in the Collateral.

7. Movant seeks an order for relief from the automatic stay in order to protect its lien pursuant to the terms of the security agreement, to the extent allowed by law. Movant may in lieu of foreclosure offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation options, and may seek to enter into such agreement with Debtor. Movant understands that it may not enforce or threaten to enforce any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case or while the case remains pending.

8. The Debtor filed her Chapter 13 Plan with the Court on March 16, 2018, and a Modified Plan filed June 26, 2018. Pursuant to the Chapter 13 Plan, the Debtor was to make their ongoing payments directly to Movant. This Honorable Court confirmed the Debtor's plan on July 26, 2018.

9. Movant is entitled to relief from the automatic stay under §§ 362(d)(1). The Debtor is in material default of the mortgage obligations by a failure to make the required ongoing monthly mortgage payment

10. Debtor is presently due for the May 1, 2018, monthly mortgage payment. There is a present default of $24,080.80 in post petition arrears to the Movant, which does not include attorney fees of $850.00 and costs of $181.00. The total default including attorney's fees and costs totals $25,111.80.

11. Based upon the foregoing, cause exists for modifying the automatic stay with a waiver of the provisions of Fed.R.Bankr.P.4001(a)(3) is appropriate; an order for relief should have immediate effect.

WHEREFORE, Movant prays for an Order from the Court for Relief from the Automatic Stay of 11 U.S.C § 362 of the Bankruptcy Code as to the Movant with respect to the subject property located at 6440 South Vernon Avenue, Chicago, IL 60637. Movant further requests that the provisions of Fed.R.Bankr.P. 4001(a)(3) be waived and that the

Order for Relief from the Automatic Stay have immediate effect, and further, remain in effect notwithstanding the conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Bankruptcy Code.

Respectfully submitted,

Date: August 16, 2019

*/s/ Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman
223 W. Jackson Blvd., Suite 610
Chicago, Illinois 60606
mwagman@potestivolaw.com
Telephone: (312) 263-0003
Main Fax: (312) 263-0002
IL ARDC: 6282192
Attorneys for Rushmore Loan Management Services, LLC