**RUSHMORE LOAN MANAGEMENT SERVICES**

| | |
|---|---|
| | 18-07721 |
| Loan# | Redacted |
| Borrower: | MOSS |
| Date Filed: | 3/16/2018 |
| First Post Petition Due Date: | 4/1/2018 |
| POC covers: | 4/1/2017-3/1/2018 |

### PAYMENT CHANGES

| DATE | P&I | Escrow | TOTAL |
|---|---|---|---|
| 04/01/18 | $710.00 | $813.48 | $1,523.48 |
| 01/01/19 | $710.00 | $776.62 | $1,486.62 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Date | Amount Recvd | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Arrears Credit |
|---|---|---|---|---|---|---|---|---|---|
| Beginning Balances | | | | | $0.00 | | | $0.00 | |
| 4/11/2018 | $1,523.48 | 4/1/18 | 4/1/17 | $1,523.48 | $0.00 | | | $0.00 | |
| 9/5/2018 | | TT PMT | | | $0.00 | | | $0.00 | $159.00 |
| 10/18/2018 | | TT PMT | | | $0.00 | | | $0.00 | $1,157.11 |
| 11/7/2018 | | TT PMT | | | $0.00 | | | $0.00 | $1,220.74 |
| 12/31/2018 | | TT PMT | | | $0.00 | | | $0.00 | $663.85 |
| 3/6/2019 | | TT PMT | | | $0.00 | | | $0.00 | $663.84 |
| 4/2/2019 | | TT PMT | | | $0.00 | | | $0.00 | $1,403.11 |
| 5/9/2019 | | TT PMT | | | $0.00 | | | $0.00 | $1,117.81 |
| 6/4/2019 | | TT PMT | | | $0.00 | | | $0.00 | $1,235.73 |
| DUE | | 5/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 6/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 7/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 8/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 9/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 10/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 11/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 12/1/18 | | $1,523.48 | -$1,523.48 | | | $0.00 | |
| DUE | | 1/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 2/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 3/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 4/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 5/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 6/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |
| DUE | | 7/1/19 | | $1,486.62 | -$1,486.62 | | | $0.00 | |